UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 24-cr-079** |
| v. | : | |
| | : | |
| **JAIMEE AVERY,** | : | |
| | : | |
| Defendant | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT
JAIMEE AVERY'S MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response in opposition to defendant Jaimee Avery's *Motion to Continue Sentencing Hearing*. ECF No. 48.

On May 20, 2024, the defendant entered a plea of guilty to Counts 3 and 4 of the Information, respectively charging disorderly conduct in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(D), and parading, demonstrating, or picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G). ECF No. 27. The Court has scheduled the sentencing to occur on November 8, 2024. Minute Order, Oct. 4, 2024. On November 6, 2024, the defendant filed her motion to continue that hearing. ECF No. 48.

There is a societal interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. We respectfully disagree that a continuance is warranted here, and the Court should proceed as it would in prosecuting any crime.

2

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C Bar No. 481052

By: */s/ Jack Burkhead*
        JACK BURKHEAD
        Assistant U.S. Attorney
        NM Bar No. 10493
        601 D Street, N.W.
        Washington, D.C. 20579
        (202) 809-2166
        jack.e.burkhead@usdoj.gov